UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM PIERCE PLUMMER, | ) | 1:07-CV-00467 OWW SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #7] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| W. J. SULLIVAN, Warden, et al., | ) | [Doc. #1] |
| | ) | |
| Respondents. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 27, 2007, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DISMISSED with prejudice for failure to state a claim for relief. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On May 22, 2007, Petitioner filed objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

1  *novo* review of the case.  Having carefully reviewed the entire file and having considered the
2  objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
3  supported by the record and proper analysis, and there is no need to modify the Findings and
4  Recommendations based on the points raised in the objections.
5       Accordingly, IT IS HEREBY ORDERED that:
6       1. The Findings and Recommendation issued April 27, 2007, is ADOPTED IN FULL;
7       2. The Petition for Writ of Habeas Corpus is DISMISSED with prejudice; and
8       3. The Clerk of Court is DIRECTED to enter judgment.
9  IT IS SO ORDERED.
10 **Dated:   May 26, 2007**                    **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE