

FILED
JUN 1 4 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

WILLIAM PIERCE PLUMMER,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:07-CV-467 OWW/ HC

W.J. SULLIVAN,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____

_____

_____

_____

__X__   Denied for the following reason:

Meritless state petition concerning application of state sentencing law. Filed in wrong court. Two prior habeas petitions filed in EDCA Sacramento have been transferred to the Central District CA.

Dated: 6-14-07

OLIVER W. WANGER
United States District Judge